**OFFICE OF THE DISTRICT ATTORNEY**
**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000





JANET DiFIORE
DISTRICT ATTORNEY



MEMO ENDORSED

February 15, 2008

Hon. Lisa M. Smith
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

          Re:    <u>Aurel Smith v. Artus, Superintendent</u>
                 07 Civ. 9261 (SCR) (LMS)

Your Honor:

    I am writing this letter to request an extension for filing respondent's answer, which is due by February 29, 2008. Due to numerous other matters, including two previously assigned direct appeals and several motions, I do not believe that I can adequately respond to the petition by the current return date. In addition, I will be out of the country for two weeks at the end of March. Accordingly, I respectfully request that respondent's time to answer be enlarged to April 11, 2008. One prior request for such relief has previously been granted.

                                                  Sincerely,

                                                  JANET DiFIORE
                                                  District Attorney

                                                  Hae Jin Liu
                                                  Assistant District Attorney

cc: Aurel Smith
     02 A 6279
     Upstate Correctional Facility
     Box 2001
     Malone, New York 12953

---

*Handwritten endorsement (left margin):* Deemed letter motion. Motion granted. No further extension w/out a supporting affidavit. SO ORDERED. [signature] LMS 2/25/08