**MEMO ENDORSED**

*Deemed letter motion. Motion granted. Petitioner's time to file traverse extended to 5/30/08.*

**SO ORDERED**
Lisa Margaret Smith
USMJ 4/28/08

Aurel Smith #02162279
Great Meadow Correctional Facility
P.O. Box 51
Comstock, New York 12821-0051

April 24, 2008

Hon. Lisa M. Smith, Magistrate Judge
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, New York
Attn: Clerk of the Court

RECEIVED APR 28 2008
HON. LISA MARGARET SMITH
U.S.M.J.

Re: Smith v. Artus, 07-Civ-9261 (SCR)(LMS)

Dear Hon. Madam:

Per Your Honor's Order, dated November 26, 2007, I have been given thirty (30) days to file a reply (traverse) to the Respondent's Answer in Opposition after Respondent's filing of said answer. Respondent had been given an extension until April 11th to do so, whereat Petitioner received a copy on April 14th.

Petitioner respectfully asks that Your Honor grant him an extension of time to file his reply (traverse) to Respondent's answer, so that Petitioner's time be enlarged to May 30, 2008. This request is due to complications in facility law library accomodations, especially where I have been informed that it will not be until Monday, April 28, 2008, that I would be placed on this facility's law library callout for court deadlines.

Sincerely,
Aurel Smith #02162279

cc: Janet D. Fiore, Westchester County District Attorney