MEMO ENDORSED

RECEIVED
MAY 19 2008
HON. LISA MARGARET SMITH
U.S.M.J.

U.S. DISTRICT COURT
FILED
MAY 20 2008
W.P.
S.D. OF N.Y.

Deemed letter motion. Motion granted. SO ORDERED. Lisa Margaret Smith USMJ 5/19/08

Aurel Smith #02A6279
Great Meadow Correctional Facility
P.O. Box 51
Comstock, New York 12821-0051

May 13, 2008

Lisa M. Smith, Magistrate Judge
…d States District Court,
…hern District of New York
… Quarropas Street
…te Plains, New York 10601
… Clerk of the Court

… Hon. Madam;

Re: Smith v. Artus, 07-Civ-9261 (SCR) (LMS)

…where petitioner has been granted an extension to file a reply to respondents' …tion, and he has completed said reply, petitioner now asks this Court to grant …permission to file said reply in more than ten (10) pages but less than twenty … Where the Courts previous rate of reply to petitioner's correspondence was a …l of eight (8) days, no further requests of extension are necessary unless …oner receives the Courts answer for permission after May 30, 2008.

Per the Hon. Stephen C. Robinson's 'Individual Practices', at p. 2, 'Memorandum …w', at Section C thereof, reply memoranda are limited to ten (10) pages unless permission …ated otherwise. Upon drafting and completing his reply, petitioner found such to be at … pages, thereby requiring permission to file his reply in more than ten (10) pages.

Thank you for your Honor's time and consideration.

Respectfully,
[signature]
Aurel Smith #02A6279

Janet DiFiore, Esq.
Westchester County District Attorney