**MEMO ENDORSED**

**RECEIVED MAY 19 2008 HON. [LISA] MARGARET SMITH**

Aaref Smith #02A6279
Great Meadow Correctional Facility
P.O. Box 51
Comstock, New York 12821-0051

May 13, 2008

Hon. Lisa M. Smith, Magistrate Judge
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Attn: Clerk of the Court

Dear Hon. Madam;

    Re: Smith v. Ricks, 07-civ-9261 (SCR)(LMS)

    Where petitioner has been granted an extension to file a reply to respondents' opposition, and he has completed said reply, petitioner now asks this Court to grant him permission to file said reply in more than ten (10) pages but less than twenty (20). Where the Court's previous date of reply to petitioner's correspondence was a total of eight (8) days, no further requests of extension are necessary unless petitioner receives the Court's answer re: permission after May 30, 2008.

    Per the Hon. Stephen C. Robinson's "Individual Practices" at p.2, Memorandum of Law, at section C thereof, reply memoranda are limited to ten (10) pages unless permission granted otherwise. Upon drafting and completing his reply, petitioner found such to be at thirteen pages, thereby requiring permission to file his reply in more than ten (10) pages.

    Thank you for your Honor's time and consideration.

Respectfully,

cc: Janet DiFiore, Esq.,
    Westchester County District Attorney