**MEMO ENDORSED**

Deemed letter motion
for extension of time.
Motion granted.
SO ORDERED. /s/ Lisa Margaret Smith
USMJ
6/3/08

Hon. Lisa M. Smith, Magistrate Judge
United States District Court,
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
Attn: Clerk of the Court

RECEIVED JUN 2 2008
HON. LISA MARGARET SMITH
U.S.M.J.

May 27, 2008

Dear Hon. Madam,

Re: Smith v. Artus, 07-Civ-9261 (SCR)(LMS)

Petitioner Aurel Smith herein requests an extension of time to file with this Court his Reply (Traverse) to Respondent's Opposition in the matter of Petitioner's Habeas Corpus Petition, due to emergency matters unforeseen (and only recently beginning to occur) since Tuesday, May 27, 2008, up to the present. Such extension is being asked until at least Friday, June 6, 2008, or Monday, June 9, 2008, whichever date this Court is gracious enough to extend Petitioner's time to.

Petitioner received this Court's grant to file more than the stipulated ten (10) page limit per the Hon. Stephen C. Robinson's Individual Rules on Friday evening, May 23, 2008. However, after that time he was not able to access the facility's Law Library where his legal papers and Reply is located until after Memorial Day's Observance, Monday, May 26, 2008. Yet, on Tuesday, May 27, 2008, it was announced that this facility's school building annex, where the law library is located, was closed until further notice due to observed malfunctions to which there are now outside contractors

working to rectify the matter. It has been told to Petitioner by security staff/correctional officers that the matter should be fixed by Monday, June 2, 2008; however, until then the School building, including the law library as well will be closed.

Petitioner's reply is completed and all that is needed by him is to be able to retrieve it from the law library and file it with the Court. However, until he is physically able to go to the law library to do so, as it is closed entirely and this is not a matter of scheduling, Petitioner requires an extension as requested above due to unforeseen and emergency circumstances. All of the above may be verified by this facility's administrative personnel, concerning the outage of electricity and closure of the School building way which includes the law library, as well as, the dates mentioned above. Petitioner sought to wait as long as he could so as not to have to file an extension in hopes that the matter would be rectified and he could have just retrieved his reply and timely filed, however, this is not possible at present due to the inability to access the law library altogether.

Petitioner respectfully requests that this Court grant such extension.

Respectfully,

Aaron Smith #02A6279
Petitioner Pro Se
5/29/08

CC: Janet D. Fiore, Esq.
Westchester County District Attorney
White Plains, New York 10601